# Exhibit B

/5/

CHRISTIAN SCHOOL PENSION PLAN AND TRUST FUND
of the
NATIONAL UNION OF CHRISTIAN SCHOOLS

865 Twenty-eighth Street, S. E.
Grand Rapids, Michigan 49508

APPLICATION

The Board of Trustees of the _West Sayville_ Christian School Society of _West Sayville_, _N.Y._ asserts hereby to
          City            State/Province
the Board of Trustees of the Christian School Pension Trust Fund its desire to participate in the Plan for the purpose of enrolling its eligible employees. This participation to become effective on September 1, 19_76_.

It is understood that the provisions for the administration and operation of the Pension Plan as described in the instrument known as "Christian School Pension Plan" are binding and specify in part that:

1. All eligible employees will be enrolled in the Plan as a condition of employment. Each employee shall sign an application to participate in the Plan which will authorize his employer to deduct from his compensation and to remit to the Trust Fund the contributions required of the employee under the Plan.

2. Regular and timely contributions will be made of such amounts as may be required for the purpose of providing and maintaining Pension Benefits for the participating employees under the policies forming part of the Plan.

3. Any information required in connection with the administration of the Plan and said policies will be furnished.

4. The Trustees are responsible for the general administration of the Plan and for carrying out the provisions thereof and have all powers necessary to carry out such provisions. The Trustees may, from time to time, establish rules for the administration and interpretation of the Plan, which rules shall be applied uniformly, so as not to discriminate in favor of or against any employee or group of employees. Any action of the Trustees in administering the Plan is subject to review by the Board of Directors of the NUCS in the event that any participant or participating employer shall appeal for review of any such action. The decision of the Board of Directors in the matter shall be final and binding on all parties concerned.

_8/18_, 19_76_

_James W. Burk_
Secretary, Board of Trustees