# Exhibit C

**Via Fed-Ex and Email**

August 20, 2025

Jean Vignato, Treasurer
West Sayville Christian School
37 Rollstone Avenue
West Sayville, New York 11796
finance@wscs.org

Re: Christian School Pension Plan Withdrawal Liability Assessment

Ms. Vignato:

This letter is on behalf of the Board of Trustees ("Trustees") of the Christian School Pension Plan ("Plan"). The Trustees administer the Plan and are sending this letter because they recently learned while updating fall enrollment information that West Sayville Christian School ("WSCS") has voted to close for the upcoming 2025-2026 academic year and is ceasing operations. When a participating employer like WSCS closes, the Plan requires notice of the closing, payment of withdrawal liability and the Trustees must gather related information from the WSCS to comply with applicable law.

Based on information received to-date regarding the school's closing, your school's participation in the Plan terminated effective as of **August 12, 2025** (which is subject to change based on you providing the additional information we have requested and the terms of the Plan). Under the terms of the Plan, the termination of your school's participation in the Plan means that your school is liable for its portion of the Plan's unfunded benefit liability, known as withdrawal liability, and the Trustees have a fiduciary duty to protect plan participants and beneficiaries by requesting information regarding your ability to pay the withdrawal liability.

**Assessment of Withdrawal Liability**

This letter serves as the Trustees' formal assessment of your school's withdrawal liability. The amount of the withdrawal liability that your school owes as of the termination effective date noted above is **$193,871.51**.

Until your school pays its withdrawal liability to the Plan in full, it will also be liable to pay interest on the outstanding withdrawal liability and to continue making monthly required employer contributions through the date that the full withdrawal liability has been paid, which can be no later than **October 11, 2025**. Under the Plan, the due date of the full withdrawal liability is based on the termination date, so to the extent you have additional information that may impact this date, please provide it for review at your earliest convenience. Any contributions made will count toward the amounts due.

The Trustees understand that paying this withdrawal liability could impose a significant financial burden upon your school. However, under the terms of the Plan, the termination of your school's participation in the Plan results in the assessment of withdrawal liability. The Trustees would like to discuss with you or your representative (please let us know if you have one) your ability to meet the outstanding pension obligations and must review related financial information to assess what may be available to pay the amounts due.

**Information Needed for Your Possible Reportable Event Obligation**

Additionally, when a Participating Employer withdraws from the Plan or experiences an event (such as liquidation or closure that may affect its participation in the Plan), the Pension Benefit Guaranty Corporation ("PBGC") imposes certain reporting requirements on *both* the Participating Employer and the Trustee. Reporting may not be required if certain criteria for an exemption are met. Establishing and documenting the exemption (if applicable) is to the advantage of both the Participating Employer and the Plan in case it becomes necessary to demonstrate compliance with PBGC rules in the future and to avoid late filing penalties. The alternative generally is to report the Participating Employer's withdrawal to PBGC, which will likely lead to both the Participating Employer and the Trustees receiving follow-up calls and requests from PBGC and may cause PBGC to scrutinize the terms of the Participating Employer's withdrawal.

For a reporting exemption to apply in a plan like this, the following criteria must be satisfied:

1. Participating Employer revenue does not exceed 5% of the controlled group's revenue (*i.e.*, all revenue of Participating Employers in the Plan and their respective controlled groups as defined under applicable law);

2. Annual operating income not exceeding the greater of (a) 5% of the controlled group's operating annual income or (b) $5 million; and

3. Net tangible assets at the end of the fiscal year not exceeding the greater of (a) 5% of the controlled group's net tangible assets at the end of the fiscal year or (b) $5 million.

For the Trustees to evaluate whether a reporting exemption applies, complete and return the attached Reporting Certification as soon as possible, but no later than **Friday, August 29, 2025**.  In some cases, reporting must occur in advance of the reportable event (such as your withdrawal from the Plan or closure), so this information should be provided to the Trustees as soon as possible.

If WSCS does not expect it will be able to timely pay its full withdrawal liability, the Trustees have Certification of Distress procedures the school may follow. A copy of those procedures is enclosed.

Please contact me as promptly as possible with any questions and to provide the requested information.

Sincerely,


John Bolt
Executive Secretary-Treasurer

cc:     Terry Kok, Chair of the Board of Trustees of the Christian School Pension Plan
        Heidi A. Lyon and Mike R. Azzi, Warner Norcross & Judd LLP, Legal Counsel
33016561

**Christian School Pension Plan**

**Date Received:**_____



### PARTICIPATING EMPLOYER REPORTING CERTIFICATION

**SCHOOL NAME:**_____    **SCHOOL#**_____

**Instructions**:

When a Participating Employer withdraws from the Plan or experiences an event (such as liquidation or closure that may affect its participation in the Plan), the Pension Benefit Guaranty Corporation ("PBGC") imposes certain reporting requirements on *both* the Participating Employer and the Trustees. Reporting may not be required if certain criteria for an exemption are met. Establishing and documenting the exemption (if applicable) is to the advantage of both the Participating Employer and the Trustees in case it becomes necessary to demonstrate compliance with PBGC rules in the future and to avoid late filing penalties. The alternative is to report the Participating Employer's withdrawal, which will likely lead to both the Participating Employer and the Plan receiving follow-up calls and requests from PBGC and may cause PBGC to scrutinize the terms of the Participating Employer's withdrawal.

**Criteria for Consideration**:

For a reporting exemption to apply, the following criteria must be satisfied:

1. Participating Employer revenue does not exceed 5% of the controlled group's revenue (*i.e.*, all revenue of Participating Employers in the Plan and their respective controlled groups as defined under applicable law);

2. Annual operating income not exceeding the greater of (a) 5% of the controlled group's operating annual income or (b) $5 million; and

3. Net tangible assets at the end of the fiscal year not exceeding the greater of (a) 5% of the controlled group's net tangible assets at the end of the fiscal year or (b) $5 million.

**Financial Documentation**. To facilitate the Plan Trustees' review for exemption qualification, the following documentation ("Supporting Financial Information") must be provided for the school and related foundation, endowment, and any other affiliates ("Participating Employer Group"):

☐ Form 990s (or comparable filings for entities not required to file Form 990s) for the past two years

☐ For the past two years, all audited financials or, if none, all certified annual financial reviews (provide an explanation if the school does not have any of these)

☐ Current fiscal year-to-date balance sheet and income statement (this should be the copy submitted to any financial institution from which the school has been granted credit or is seeking credit, if applicable)

**Certification**:  Our organization certifies all of the following with respect to this form and the materials submitted in support of it:

- We have submitted all of the Supporting Financial Information requested or have explained why such information is not available.

- We acknowledge and confirm that as a Participating Employer, we are bound by the terms of the Plan and have delegated to CSI and to the Trustees full authority to exercise all duties and powers of the sponsor, Administrator, and named fiduciary and all other direct and indirect powers and duties, including the power to amend the Plan, as well as all discretionary authority, respectively accorded to CSI and/or the Trustees by this Plan and the related Declaration of Trust.

- We certify that (**check all that apply**):

    ☐     Our school's annual operating income in our last full year of operation <u>did not</u> exceed $5 million

    ☐     Our school's net tangible assets at the end of our last fiscal year <u>did not</u> exceed $5 million

- We certify that all of the statements being made herein and the Supporting Financial Information are complete, accurate and true.


Authorized Signature: _____    Date: _____

Print name and title of individual signing above: _____